JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PCS DEVELOPMENT 9, LLC; AND DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case #: 2:17-cv-06368-RGK-MRW<br><br>**ORDER ON DISMISSAL OF THE ENTIRE ACTION**<br><br>Honorable R. Gary Klausner |

　　Pursuant to the Joint Stipulation of Dismissal With Prejudice on file herein and good cause appearing, the court hereby orders that all the defendants are

1

ORDER OF DISMISSAL
CASE #: 2:17-cv-06368-RGK-MRW

dismissed with prejudice and that Plaintiff's Complaint is also dismissed with prejudice. Each of the parties shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED**.

**Dated: 12/7/17**

*[signature: Gary Klausner]*

———————————————————————
Honorable R. Gary Klausner
United States District Judge